# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUNEER AWAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-1186-M |
| ) | |
| PAUL ZIRIAX, Agency Head, Oklahoma ) | |
| State Board of Elections; ) | |
| THOMAS PRINCE, Chairman of the ) | |
| Board, Oklahoma State Board of Elections; ) | |
| RAMON WATKINS, Board Member, ) | |
| Oklahoma State Board of Elections; ) | |
| SUSAN TURPEN, Board Member, ) | |
| Oklahoma State Board of Elections, ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING HEARING

On November 4, 2010, plaintiff Muneer Awad filed a Complaint Seeking a Temporary Restraining Order and Preliminary Injunction [docket no. 1]. The Court hereby SETS this matter for hearing on November 8, 2010 at 10:00 a.m. Additionally, the Court DIRECTS plaintiff to provide defendants notice of this hearing.

**IT IS SO ORDERED this 4th day of November, 2010.**

_(signature)_
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE