# UNITED STATES DISTRICT COURT

WESTERN District of OKLAHOMA

MUNEER AWAD,

        Plaintiff,

v.

PAUL ZIRIAX, Agency Head, Oklahoma State Board of Elections;
THOMAS PRINCE, Chairman of the Board, Oklahoma State Board of Elections;
RAMON WATKINS, Board Member, Oklahoma State Board of Elections;
SUSAN TURPEN, Board Member, Oklahoma State Board of Elections,

        Defendants.

**APPEARANCE**

Case No.: CIV-10-1186-M

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **Defendants, Paul Ziriax, Agency Head, Oklahoma State Board of Elections; Thomas Prince, Chairman of the Board, Oklahoma State Board of Elections; Ramon Watkins, Board Member, Oklahoma State Board of Elections; Susan Turpen, Board Member, Oklahoma State Board of Elections.**

I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

Dated: November 8, 2010

        s/ Scott D. Boughton
        **SCOTT D. BOUGHTON, OBA # 991**
        Assistant Attorney General
        Oklahoma Attorney General's Office
        Litigation Section
        313 N. E. 21st Street
        Oklahoma City, Oklahoma  73105
        Tele: (405) 521-3921   Fax: (405) 521-4518
        Scott.Boughton@oag.ok.gov
        *Attorney for Defendants Prince, Turpen,*
         *Watkins, and Ziriax*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing, and I further certify that I transmitted a true and correct copy by postage pre-paid U.S. Mail to the following person who is not a registered participant of the Court's ECF System:

Muneer Awad
101 N. E. 53rd Street, # 3514
Oklahoma City, Oklahoma   73105
*Plaintiff pro se*

                                                s/ Scott D. Boughton
                                                Scott D. Boughton