# COURTROOM MINUTE SHEET

Date   11/8/2010

Case No.  CIV-10-1186-M   Style: Muneer Awad v. Paul Ziriax, et al.

Commenced  10:10 a.m.   Ended  11:15 a.m.   Total Time:  1  hr(s)  5  min(s)

Commenced _____   Ended _____

Hearing concluded  ✔ (Yes)  ____ (No)

Proceedings           TRO/Preliminary Injunction Hearing

JUDGE Vicki Miles-LaGrange   Deputy Kathy Spaulding   Reporter Lynn Lee (609-5403)

Plaintiff's Counsel      Muneer Awad (pro se)

Defendant's Counsel     Scott Boughton

Witnesses of Plaintiff
1.
2.
3.

Witnesses of Defendant
1.
2.
3.

Counsel appear as above noted. The plaintiff appears pro se. The Court hears argument on the Motion for Temporary Retraining Order. The Court, based upon the pleadings filed to date and the argument of counsel made at this hearing, finds that the plaintiff has standing to be in this court. The Court also finds that the plaintiff has met the factors for this Court to enter a Temporary Restraining Order. The Court will issue an order as soon as possible. The Court sets a hearing on plaintiff's motion for preliminary injunction on November 22, 2010 at 10:00 a.m. The defendant shall file brief(s) by noon on November 16th and the plaintiff shall file any reply brief no later than 9:00 a.m. on November 18, 2010.