IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUNEER AWAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-1186-M |
| ) | |
| PAUL ZIRIAX, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Motion for Leave to File *Amicus Curiae* Brief in Support of Defendants, filed on November 16, 2010 by the U.S. Border Control, U.S. Border Control Foundation, The Lincoln Institute for Research and Education, and Conservative Legal Defense and Education Fund. Upon review of the motion, the Court finds that said *amicus curie* brief may be of assistance to this Court in deciding this matter. Accordingly, the Court GRANTS the Motion for Leave to File *Amicus Curiae* Brief in Support of Defendants [docket no. 11]. The U.S. Border Control, U.S. Border Control Foundation, The Lincoln Institute for Research and Education, and Conservative Legal Defense and Education Fund shall file said *amicus curiae* brief by Wednesday, November 17, 2010 at 8:00 a.m.

IT IS SO ORDERED this 16th day of November, 2010.

*[signature: Vicki Miles-LaGrange]*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE