IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUNEER AWAD, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. CIV-10-1186-M |
| ) | |
| PAUL ZIRIAX, THOMAS PRINCE, ) | |
| RAMON WATKINS, SUSAN TURPEN, ) | |
| ) | |
| Defendant(s) ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

PLAINTIFF, MUNEER AWAD.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ MICHEAL SALEM             NOVEMBER 22, 2010
Signature                    Date

MICHEAL SALEM
Print Name

Salem Law Offices
Firm

101 East Gray, Suite C
Address

Norman,           Oklahoma           73069
City              State              Zip Code

405-366-1234      405-366-8329
Telephone         Fax Number

msalem@msalemlaw.com
Internet E-mail Address

Cooperating Attorney for the American Civil Liberties Union
**Foundation of Oklahoma**

REVISED 8/31/06

*Certificate of Service*

[✓] I hereby certify that on (date) November 22, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

| | |
|---|---|
| Scott D. Boughton<br>Janis Wood Preslar<br>Assistant Attorney Generals | Counsel for All Defendants |
| Kevin Calvey<br>Attorney at Law | Counsel for Amicus Curia |

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ MICHEAL SALEM
s/ Attorney Name