# COURTROOM MINUTE SHEET

Date   11/22/2010

Case No.   CIV-10-1186-M     Style: Muneer Awad v. Paul Ziriax, et al.

Commenced   10:05 a.m.    Ended   12:20 p.m.    Total Time:  2  hr(s)  15  min(s)

Commenced _____ Ended _____

Hearing concluded   ✔  (Yes) _____ (No)

Proceedings                   Preliminary Injunction Hearing

JUDGE Vicki Miles-LaGrange   Deputy Kathy Spaulding    Reporter Lynn Lee (609-5403)

Plaintiff's Counsel     Michael Salem

Defendant's Counsel     Scott Boughton, Janis Preslar

Plaintiff's Exhibit's Admitted:   1, 2, 6, 7, 4, 5, 8, 9, 10, 11, 12, 13, 14

Defendant's Exhibit's Admitted:

Witnesses of Plaintiff                          Witnesses of Defendant

1. Muneer Awad (sworn)                          1.
2.                                              2.
3.                                              3.

Counsel appear as above noted.    The Court hears testimony and receives evidence.  The Court reserves its ruling on the admissibility of plaintiff's exhibit 3.  The Court takes the matter under advisement and orders that the expiration of the Temporary Restraining Order be extended to no later than Monday, November 29, 2010.