ENROLLED HOUSE JOINT RESOLUTION 1056

ENACTED BY THE SECOND REGULAR SESSION OF THE

52ND LEGISLATURE OF THE STATE OF OKLAHOMA

NUMBERED BY THE SECRETARY OF STATE

**STATE QUESTION NUMBER 755**

**LEGISLATIVE REFERENDUM NUMBER 355**

RECEIVED: May 25, 2010


PLAINTIFF'S EXHIBIT 1

No. CIV-10-1186-M
Page 1

# Resolution

```
ENROLLED HOUSE
JOINT
RESOLUTION NO. 1056           By:  Duncan, Reynolds, Coody,
                                   Tibbs, Derby, Kern,
                                   Terrill, Enns, Christian,
                                   Faught, Moore and Key of
                                   the House

                                          and

                                   Sykes and Brogdon of the
                                   Senate
```

A Joint Resolution directing the Secretary of State to refer to the people for their approval or rejection a proposed amendment to Section 1 of Article VII of the Constitution of the State of Oklahoma; creating the Save Our State Amendment; requiring the courts of this state to uphold and adhere to the law as provided in federal and state constitutions, established common law, laws, rules and regulations; prohibiting consideration of certain laws; providing ballot title; and directing filing.

BE IT RESOLVED BY THE HOUSE OF REPRESENTATIVES AND THE SENATE OF THE 2ND SESSION OF THE 52ND OKLAHOMA LEGISLATURE:

   SECTION 1. The Secretary of State shall refer to the people for their approval or rejection, as and in the manner provided by law, the following proposed amendment to Section 1 of Article VII of the Constitution of the State of Oklahoma to read as follows:

   Section 1. **A.** The judicial power of this State shall be vested in the Senate, sitting as a Court of Impeachment, a Supreme Court, the Court of Criminal Appeals, the Court on the Judiciary, the ~~State Industrial~~ Workers' Compensation Court, the Court of Bank Review,

the Court of Tax Review, and such intermediate appellate courts as may be provided by statute, District Courts, and such Boards, Agencies and Commissions created by the Constitution or established by statute as exercise adjudicative authority or render decisions in individual proceedings. Provided that the Court of Criminal Appeals, the ~~State Industrial~~ Workers' Compensation Court, the Court of Bank Review and the Court of Tax Review and such Boards, Agencies and Commissions as have been established by statute shall continue in effect, subject to the power of the Legislature to change or abolish said Courts, Boards, Agencies, or Commissions. Municipal Courts in cities or incorporated towns shall continue in effect and shall be subject to creation, abolition or alteration by the Legislature by general laws, but shall be limited in jurisdiction to criminal and traffic proceedings arising out of infractions of the provisions of ordinances of cities and towns or of duly adopted regulations authorized by such ordinances.

   B.   <u>Subsection C of this section shall be known as the "Save Our State Amendment"</u>.

   C.   <u>The Courts provided for in subsection A of this section, when exercising their judicial authority, shall uphold and adhere to the law as provided in the United States Constitution, the Oklahoma Constitution, the United States Code, federal regulations promulgated pursuant thereto, established common law, the Oklahoma Statutes and rules promulgated pursuant thereto, and if necessary the law of another state of the United States provided the law of the other state does not include Sharia Law, in making judicial decisions. The courts shall not look to the legal precepts of other nations or cultures. Specifically, the courts shall not consider international law or Sharia Law. The provisions of this subsection shall apply to all cases before the respective courts including, but not limited to, cases of first impression.</u>

   SECTION 2.   The Ballot Title for the proposed Constitutional amendment as set forth in SECTION 1 of this resolution shall be in the following form:

BALLOT TITLE

Legislative Referendum No. _____          State Question No. _____

THE GIST OF THE PROPOSITION IS AS FOLLOWS:

This measure amends the State Constitution.  It would change a section that deals with the courts of this state.  It would make courts rely on federal and state laws when deciding cases.  It would forbid courts from looking at international law or Sharia Law when deciding cases.

SHALL THE PROPOSAL BE APPROVED?

FOR THE PROPOSAL — YES   _____

AGAINST THE PROPOSAL — NO   _____

SECTION 3.  The Chief Clerk of the House of Representatives, immediately after the passage of this resolution, shall prepare and file one copy thereof, including the Ballot Title set forth in SECTION 2 hereof, with the Secretary of State and one copy with the Attorney General.

Passed the House of Representatives the 18th day of May, 2010.

_____
Presiding Officer of the House of Representatives

Passed the Senate the 24th day of May, 2010.

_____
Presiding Officer of the Senate

**OFFICE OF THE SECRETARY OF STATE**

Received by the Secretary of State this _25th_ day of _May_, 20_10_, at _11:40_ o'clock _A_.M.

By: _____



**OKLAHOMA SECRETARY OF STATE**
2300 N. LINCOLN BLVD. ROOM 101
OKLAHOMA CITY, OK 73105-4897
(405) 521-3912
Fax # (405) 521-3771

M. Susan Savage
Secretary of State

Brad Henry
Governor

May 25, 2010

The Honorable Drew Edmondson
Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105

Dear Attorney General Edmondson:

You are hereby notified that Enrolled House Joint Resolution 1056 was received in the Office of the Secretary of State this 25th day of May, 2010. This resolution has been designated as **State Question Number 755, Legislative Referendum Number 355.**

Pursuant to 34 O.S., 2008 Supp., Section 9, this office is submitting the proposed ballot title to you for review.

If this office may be of further assistance, please advise.

Sincerely,

M. Susan Savage
Secretary of State

MSS/kj



**OKLAHOMA SECRETARY OF STATE**
2300 N. LINCOLN BLVD. ROOM 101
OKLAHOMA CITY, OK 73105-4897
(405) 521-3912
Fax # (405) 521-3771

M. Susan Savage
Secretary of State

Brad Henry
Governor

RECEIVED
MAY 26 2010
STATE ELECTION BOARD

May 25, 2010

The Honorable Paul Ziriax
Secretary, State Election Board
State Capitol, Room 3
Oklahoma City, Oklahoma 73105

Dear Secretary Ziriax:

You are hereby notified that Enrolled House Joint Resolution 1056 was received in the Office of the Secretary of State this 25th day of May, 2010. This resolution has been designated as **State Question Number 755, Legislative Referendum Number 355**.

This office has submitted the proposed ballot title to the Attorney General for review as required by 34 O.S. 2008 Supp., Section 9. The official ballot title will be submitted to you upon completion of the review.

If this office may be of further assistance, please advise.

Sincerely,

M. Susan Savage
Secretary of State

MSS/kj



**OKLAHOMA SECRETARY OF STATE**
2300 N. LINCOLN BLVD. ROOM 101
OKLAHOMA CITY, OK 73105-4897

M. Susan Savage
Secretary of State

(405) 521-3912
Fax # (405) 521-3771

Brad Henry
Governor

May 25, 2010

The Honorable Brad Henry
Governor, State of Oklahoma
State Capitol, Room 212
Oklahoma City, Oklahoma 73105

**RECEIVED**

**MAY 26 2010**

OFFICE OF THE
GOVERNOR

Dear Governor Henry:

You are hereby notified that Enrolled House Joint Resolution 1056 was received in the Office of the Secretary of State this 25th day of May, 2010. This resolution has been designated as **State Question Number 755, Legislative Referendum Number 355.**

This office has submitted the proposed ballot title to the Attorney General for review as required by 34 O.S. 2008 Supp., Section 9. The official ballot title will be submitted to you upon completion of the review.

If this office may be of further assistance, please advise.

Sincerely,

M. Susan Savage
Secretary of State

MSS/kj



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

May 27, 2010

The Honorable M. Susan Savage
Oklahoma Secretary of State
Room 101, State Capitol Building
Oklahoma City, Oklahoma 73105

      Re:   State Question Number 755
                Legislative Referendum Number 355

Dear Secretary Savage:

I am in receipt of your letter to Attorney General W.A. Drew Edmondson regarding the above. Attorney General Edmondson has requested that I respond back to you. I have referred this information to Neal Leader, Senior Assistant Attorney General, for his information and use.

If you have any questions, please feel free to contact Mr. Leader directly.

Sincerely,

TOM GRUBER
FIRST ASSISTANT ATTORNEY GENERAL

TG:seh

cc:   W.A. Drew Edmondson
       Attorney General

      Neal Leader
      Senior Assistant Attorney General

RECEIVED
JUN 1 2010
OKLAHOMA SECRETARY OF STATE





OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

June 2, 2010

M. Susan Savage, Secretary of State
Office of the Secretary of State
2300 N. Lincoln Blvd., Room 101
Oklahoma City, Oklahoma 73105-4897

**RECEIVED**

**JUN - 2 2010**

OKLAHOMA SECRETARY
OF STATE

The Honorable Glenn Coffee
Senate President Pro Tempore
State Capitol, Room 422
2300 N. Lincoln Boulevard
Oklahoma City, OK 73105

The Honorable Chris Benge
Speaker of the House of Representatives
State Capitol, Room 401
2300 N. Lincoln Boulevard
Oklahoma City, OK 73105

    Re:    **Ballot Title for State Question No. 755, Legislative Referendum 355**

Dear Secretary Savage, Senator Coffee, and Speaker Benge:

    In accordance with the provisions of 34 O.S.Supp.2009, § 9(C), we have reviewed the Ballot Title for the above referenced State Question and conclude that it does not comply with applicable laws for the following reason:

- It does not adequately explain the effect of the proposition because it does not explain what either Sharia Law or international law is.

    Having found that the Ballot Title does not comply with applicable law, we will, in conformity with the provisions of 34 O.S.Supp.2009, § 9(C), within ten (10) business days, prepare a Preliminary Ballot Title which complies with the law.

                                    Respectfully submitted,

                                    W. A. DREW EDMONDSON
                                    ATTORNEY GENERAL

WAE/ab



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

June 4, 2010

M. Susan Savage, Secretary of State
Office of the Secretary of State
2300 N. Lincoln Blvd., Room 101
Oklahoma City, OK 73105-4897

The Honorable Glenn Coffee
Senate President Pro Tempore
State Capitol, Room 422
2300 N. Lincoln Boulevard
Oklahoma City, OK 73105

FILED
JUN 7 2010
OKLAHOMA SECRETARY
OF STATE

The Honorable Chris Benge
Speaker of the House of Representatives
State Capitol, Room 401
2300 N. Lincoln Boulevard
Oklahoma City, OK 73105

    Re:    **Preliminary Ballot Title for State Question No. 755, Legislative Referendum No. 355**

Dear Secretary Savage, Senator Coffee, and Speaker Benge:

    Having found that the proposed ballot title for the above referenced state question did not comply with applicable laws, we have, in accordance with the provisions of 34 O.S.Supp.2009, § 9(C), prepared the following Preliminary Ballot Title. As a Title 34 Ballot Title review, the following does not constitute an Attorney General Opinion on the merits or constitutionality of the underlying proposed changes in the law, nor on the ability of federal law to preempt the changes in the law. The Preliminary Ballot Title reads as follows:

**PRELIMINARY BALLOT TITLE FOR STATE QUESTION NO. 755**

    This measure amends the State Constitution. It changes a section that deals with the courts of this state. It would amend Article 7, Section 1. It

makes courts rely on federal and state law when deciding cases. It forbids courts from considering or using international law. It forbids courts from considering or using Sharia Law.

International law is also known as the law of nations. It deals with the conduct of international organizations and independent nations, such as countries, states and tribes. It deals with their relationship with each other. It also deals with some of their relationships with persons.

The law of nations is formed by the general assent of civilized nations. Sources of international law also include international agreements, as well as treaties.

Sharia Law is Islamic law. It is based on two principal sources, the Koran and the teaching of Mohammed.

**SHALL THE PROPOSAL BE APPROVED?**

**FOR THE PROPOSAL - YES**  _____

**AGAINST THE PROPOSAL - NO**  _____

Respectfully submitted,

W.A. Drew Edmondson
Attorney General

WAE/ab



OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA

June 24, 2010

**FILED**
JUN 2 4 2010
OKLAHOMA SECRETARY
OF STATE

M. Susan Savage, Secretary of State
Office of the Secretary of State
2300 N. Lincoln Blvd., Room 101
Oklahoma City, OK 73105-4897

The Honorable Glenn Coffee
Senate President Pro Tempore
State Capitol, Room 422
2300 N. Lincoln Boulevard
Oklahoma City, OK 73105

The Honorable Chris Benge
Speaker of the House of Representatives
State Capitol, Room 401
2300 N. Lincoln Boulevard
Oklahoma City, OK 73105

   Re: **Final Ballot Title for State Question No. 755, Legislative Referendum No. 355**

Dear Secretary Savage, Senator Coffee, and Speaker Benge:

   Having found that the proposed ballot title for the above referenced state question did not comply with applicable laws, we have, in accordance with the provisions of 34 O.S.Supp.2009, § 9(C), prepared the following Final Ballot Title. As a Title 34 Ballot Title review, the following does not constitute an Attorney General Opinion on the merits or constitutionality of the underlying proposed changes in the law, nor on the ability of federal law to preempt the changes in the law. The Final Ballot Title reads as follows:

**FINAL BALLOT TITLE FOR STATE QUESTION NO. 755**

   This measure amends the State Constitution. It changes a section that deals with the courts of this state. It would amend Article 7, Section 1. It



makes courts rely on federal and state law when deciding cases. It forbids courts from considering or using international law. It forbids courts from considering or using Sharia Law.

International law is also known as the law of nations. It deals with the conduct of international organizations and independent nations, such as countries, states and tribes. It deals with their relationship with each other. It also deals with some of their relationships with persons.

The law of nations is formed by the general assent of civilized nations. Sources of international law also include international agreements, as well as treaties.

Sharia Law is Islamic law. It is based on two principal sources, the Koran and the teaching of Mohammed.

**SHALL THE PROPOSAL BE APPROVED?**

**FOR THE PROPOSAL - YES**  _____

**AGAINST THE PROPOSAL - NO**  _____

Respectfully submitted,

W.A. Drew Edmondson
Attorney General

WAE/ab



**OKLAHOMA SECRETARY OF STATE**
2300 N. LINCOLN BLVD. ROOM 101
OKLAHOMA CITY, OK 73105-4897
(405) 521-3912
Fax # (405) 521-3771

M. Susan Savage
Secretary of State

Brad Henry
Governor

**RECEIVED**

JUN 25 2010

OFFICE OF THE
GOVERNOR

June 24, 2010

The Honorable Brad Henry
Governor, State of Oklahoma
State Capitol, Room 212
Oklahoma City, Oklahoma 73105

Dear Governor Henry:

Enclosed are copies of the Attorney General's final review of the proposed Ballot Title for State Question 755, Legislative Referendum 355; the State Question from House Joint Resolution 1056; and the letter to the Oklahoma State Election Board attesting the measure.

Pursuant to the provisions of Article 24, of the Oklahoma Constitution, Section 1, this office is submitting said state question and the Attorney General's review to your office.

If there are any questions, please do not hesitate to contact this office.

Sincerely,

M. Susan Savage
Secretary of State

MSS/kj



**OKLAHOMA SECRETARY OF STATE**
2300 N. LINCOLN BLVD. ROOM 101
OKLAHOMA CITY, OK 73105-4897
(405) 521-3912
Fax # (405) 521-3771

M. Susan Savage
Secretary of State

Brad Henry
Governor

June 24, 2010

The Honorable Paul Ziriax
Secretary, State Election Board
State Capitol, Room 3
Oklahoma City, Oklahoma 73105

Dear Secretary Ziriax:

Enclosed are copies of the Attorney General's final review of the proposed Ballot Title for State Question 755, Legislative Referendum 355.

If there are any questions, please do not hesitate to contact this office.

Sincerely,

M. Susan Savage
Secretary of State

MSS/kj

RECEIVED
JUN 25 2010
STATE ELECTION BOARD



**Brad Henry**
*Governor*

EXECUTIVE DEPARTMENT

EXECUTIVE PROCLAMATION

**FILED**
AUG 1 0 2010
OKLAHOMA SECRETARY
OF STATE

    I, Brad Henry, Governor of the State of Oklahoma, pursuant to the provisions of Section 3 of Article V and Section 1 of Article XXIV of the Oklahoma Constitution, and Section 12 of Title 34 of the Oklahoma Statutes, and the referral by the Secretary of State do hereby declare that Legislative Referendum Number 355, State Question 755, be submitted to qualified electors of the State of Oklahoma for their approval or rejection at the general election to be held statewide on November 2, 2010.

    The substance of the measure is as follows:

    This measure amends the State Constitution. It changes a section that deals with the courts of this state. It would amend Article 7, Section 1. It makes courts rely on federal and state law when deciding cases. It forbids courts from considering or using international law. It forbids courts from considering or using Sharia Law.

    International law is also known as the law of nations. It deals with the conduct of international organizations and independent nations, such as countries, states and tribes. It deals with their relationship with each other. It also deals with some of their relationships with persons.

    The law of nations is formed by the general assent of civilized nations. Sources of international law also include international agreements, as well as treaties.

    Sharia Law is Islamic law. It is based on two principal sources, the Koran and the teaching of Mohammed.

    Copies of this Executive Proclamation shall be delivered to the Secretary of State, the Speaker of the House of Representatives, the President Pro Tempore of the Senate, and the Secretary of the State Election Board.

    IN WITNESS WHEREOF, I have hereunto set my hand and caused the Great Seal of the State of Oklahoma to be affixed at Oklahoma City, Oklahoma, this _9th_ day of August, 2010.

BY THE GOVERNOR OF THE STATE OF OKLAHOMA

BRAD HENRY

ATTEST:

SECRETARY OF STATE

No. CIV-10-1186-M
Page 17



**OKLAHOMA SECRETARY OF STATE**
2300 N. LINCOLN BLVD. ROOM 101
OKLAHOMA CITY, OK 73105-4897
(405) 521-3912
Fax # (405) 521-3771

M. Susan Savage
Secretary of State

Brad Henry
Governor

August 10, 2010

The Honorable Paul Ziriax
Secretary, State Election Board
State Capitol, Room 3
Oklahoma City, Oklahoma 73105

Dear Secretary Ziriax:

Enclosed are copies of the Governor's Proclamations calling for the election on:

> State Question Number 744, Initiative Petition Number 391
> State Question Number 746, Legislative Referendum Number 347
> State Question Number 747, Legislative Referendum Number 348
> State Question Number 748, Legislative Referendum Number 349
> State Question Number 750, Legislative Referendum Number 350
> State Question Number 751, Legislative Referendum Number 351
> State Question Number 752, Legislative Referendum Number 352
> State Question Number 754, Legislative Referendum Number 354
> State Question Number 755, Legislative Referendum Number 355
> State Question Number 756, Legislative Referendum Number 356
> State Question Number 757, Legislative Referendum Number 357

If there are any questions, or if our office may be of further assistance, please do not hesitate to let us know.

Sincerely,

M. Susan Savage
Secretary of State

MSS/kj

**RECEIVED**
AUG 10 2010
STATE ELECTION BOARD