# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MUNEER AWAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-10-1186-M |
| | ) |
| PAUL ZIRIAX, Agency Head, Oklahoma State Board of Elections; THOMAS PRINCE, Chairman of the Board, Oklahoma State Board of Elections; RAMON WATKINS, Board member of the Board, Oklahoma State Board of Elections; SUSAN TURPEN, Board Member, Oklahoma State Board of Elections, | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiff's Motion to Seal Exhibit, filed November 23, 2010. Upon review of plaintiff's unopposed motion, and for the reasons set forth therein, the Court GRANTS plaintiff's Motion to Seal Exhibit [docket no. 18]. The Court Clerk is directed to seal plaintiff's Exhibit 8 [docket no. 17-7], the Last Will of Muneer Awad, introduced at the hearing on plaintiff's motion for preliminary injunction.

**IT IS SO ORDERED this 24th day of November, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE