**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MUNEER AWAD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| PAUL ZIRIAX, Agency Head, Oklahoma | )   **Case No.: CIV-10-1186-M** |
| State Board of Elections; | ) |
| THOMAS PRINCE, Chairman of the Board, | ) |
| Oklahoma State Board of Elections; | ) |
| RAMON WATKINS, Board Member, | ) |
| Oklahoma State Board of Elections; | ) |
| SUSAN TURPEN, Board Member, | ) |
| Oklahoma State Board of Elections, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Paul Ziriax, Agency Head, Oklahoma State Board of Elections, Thomas Prince, Chairman of the Board, Oklahoma State Board of Elections, Ramon Watkins, Board Member, Oklahoma State Board of Elections, and Susan Turpen, Board Member, Oklahoma State Board of Elections, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from an Order [Doc. # 20] dated November 29, 2010, granting Plaintiff's request for a preliminary injunction.

Respectfully submitted,

 s/Scott D. Boughton
**SCOTT D. BOUGHTON, OBA # 991**
**JANIS WOOD PRESLAR, OBA # 12443**
Assistant Attorneys General
313 N. E. 21st Street
Oklahoma City, Oklahoma  73105
Tele: (405) 521-4274  Fax: (405) 521-4518
Scott.Boughton@oag.ok.gov
Jan.Preslar@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2010, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Micheal C. Salem
SALEM LAW OFFICES
101 East Gray, Suite C.
Norman, OK  73102
*Attorney for Plaintiff*

s/ Scott D. Boughton
Scott D. Boughton