FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

January 10, 2012

Elisabeth A. Shumaker
Clerk of Court

---

MUNEER AWAD,

    Plaintiff - Appellee,

v.

PAUL ZIRIAX, Agency Head, Oklahoma State Board of Elections, et al.,

    Defendants - Appellants,

------------------------------

FOUNDATION OF MORAL LAW, et al.,

    Amici Curiae.

No. 10-6273

---

**JUDGMENT**

---

Before **O'BRIEN**, **McKAY**, and **MATHESON**, Circuit Judges.

---

    This case originated in the Western District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed.

                              Entered for the Court,

                              *Elisabeth A. Shumaker*

                              ELISABETH A. SHUMAKER, Clerk