## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

February 01, 2012

Douglas E. Cressler  
Chief Deputy Clerk

Mr. Robert D. Dennis
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**   **10-6273, Awad v. Ziriax, et al**
District docket: 5:10-CV-01186-M

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   John Allen Eidsmoe
Daniel Mach
Craig C. Martin
Robert Eli Michael
Micheal Salem
Joshua Segal
Heather L. Weaver
Patrick Wyrick

EAS/ad