

### In the name of Allah, Most Merciful, Most Just

# LAST WILL AND TESTAMENT
### Dated: July __, 2012

I, Adam Soltani, being of sound body and mind, do hereby revoke any and all former wills and codicils, and declare this to be my **Last Will and Testament**.

## PREAMBLE

**I bear witness** that there is no deity but Allah, the One, the Merciful, the Almighty, Creator of the heavens and the earth and all therein, God of Abraham, Moses, Jesus, Muhammad, and all the Prophets, Mercy and Peace be upon them all. He is One God and He has no partner. And we bear witness that the Prophet Muhammad is His Servant and His Messenger and the last of all the Prophets, Mercy and Peace be upon him. I bear witness that Allah is the Truth, that His promise is Truth, that the Meeting with Him is Truth. I bear witness that the Paradise is Truth, and that Hell is Truth. I bear witness that the coming of the Day of Judgment is truth, there is no doubt about it, and that Allah is exalted above all deficiencies and imperfections.

**WHEREAS**, the testator wishes this Final Will and Testament to comply with all applicable laws of the State of Oklahoma and the United States of America, and also to be compliant with Shari'ah (Islamic Law). In order to achieve full satisfaction of all religious obligations contained in the Qur'an and the Sunnah of Prophet Muhammad (may the Peace and Blessings of Allah be upon him and all other Prophets) I execute this Final Will and Testament.

### ARTICLE 1: GENERAL PROVISIONS

#### 1.1 SEVERABILITY OF CLAUSES

If any provision of this document is ruled unenforceable, the remaining provisions shall stay in effect. The remaining document shall be interpreted to as to reflect the overall intention of the Testator.

#### 1.2 APPOINTMENT OF EXECUTOR AND PERSONAL REPRESENTATIVE

I appoint _____ to serve as Executor and Personal Representative of my estate, without bond and grant to her the powers and

Last Will and Testament p. 1

Initialed _AS_.

Plaintiff's Exhibit 3 No. CIV-10-1186-M

duties necessary to execute my intent as expressed in this, my Final Will and Testament.

### 1.3 ALTERNATIVE EXECUTOR AND PERSONAL REPRESENTATIVE

If the person appointed in Article 1.2 is unable or unwilling to act as Executor and Personal Representative, then I select my oldest child so long as he or she is 18 or older. If my wife is deceased and my oldest child is younger than 18, then I appoint my oldest brother.

## ARTICLE 2: BURIAL ARRANGEMENTS

### 2.1 BODY PREPERATION

The Executor shall ensure that the preparation of my body after death comports precisely with the hadith enumerated in Sahih Bukhari, Volume 2, Book 23, Number 357.

There should be no delay in preparing the body, i.e. washing, shrouding, and burial.

### 2.2 NO AUTOPSY

Under no circumstances should my body be voluntarily turned over for an autopsy or embalming.

### 2.3 RELIGIOUS SERVICES

Absolutely no non-Islamic religious service or observance shall be conducted upon my death, or on my body, or at the grave site.

### 2.4 BODY TRANSPORTATION

My body may not be transported over any unreasonable distance from the locality of death unless necessitated by the circumstances or consensus of my Muslim family members.

### 2.5 GRAVE PREPARATION

My grave should be dug in complete accordance with the Islamic practice. It should face in the direction of the Qiblah (towards the Ka'aba at Makkah, Saudi Arabia).

My grave should be covered with dirt only. The marking, if necessary, should be a simple rock.

Last Will and Testament p. 2

Initialed 

## 2.6 NO CASKET

My body should be buried without a casket or any other encasement that separates the shroud from the surrounding soil.

In the event that the local laws require casket encasement, I command that such encasement be of the simplest, most modest, and least expensive type possible, and I furthermore command that the encasement be left open during burial and filled with dirt unless prohibited by law.

## 2.7 TIMING OF BURIAL – NO DELAY

My burial should take place as soon as possible, preferably before sunset on the day of my death or the following day. Under no circumstances should the burial be unduly delayed.

## 2.8 BURIAL PROCEEDING AND AFTER

My body should be turned to face Makkah when it is placed in the grave, according to the Prophet's (Peace and Blessings upon him) instructions.

Under no conditions should any foreign objects be put in my grave.

No one is permitted to scream, moan, or wail. I demand that such a person be encouraged to stop. Only what comes from the eye is acceptable (tears). Muslims should say a dua for me and there should be a moment of silence when they pray that my grave is made spacious and comfortable.

Absolutely no non-Islamic religious service or non-Islamic cultural observance shall take place after my burial.

My relatives should be patient, practice self restraint, and gracefully accept Allah's decree.

## ARTICLE 3: DISPOSITION OF PROPERTY

### 3.1 PAYMENT OF DEBTS AND EXPENSES

I direct the Executor of my estate to pay any and all outstanding debts and expenses resulting from my funeral expenses, sickness prior to death, or otherwise.

## 3.2 ENCUMBRANCE

As soon as practical after my death, Executor shal pay any debt or claim which he or she or a court determines to be legally enforceable against my estate. In the absence of a court order, Executor shall have absolute discretion to determine that a debt is legally enforceable against my estate.

## 3.3 GIFT TO CHARITY (WASIYYAH)

Unless Executor determines, in his or her absolute discretion, that the beneficiaries of this will have a more than neglible need for the inheritance share due to them, the Executor shall allot to charities that advance the civil liberties of Muslims in a manner that does not exceed the proscribed limitations found in Sahih Bukhari, Volume 4, Book 51, Number 7. If the Exeuctor determines, in his or her absolute discretion, that the beneficiaries of this will have a more than negligible need for the inheritance share due to them, the Executor shall refrain from making any charitable contributions from my estate.

## 3.4 ISLAMIC DISTRIBUTIONS (MAWARITH)

Contigent upon the following of the above conditions, I grant to my wife the entirety of my estate. If my wife is deceased, I grant my oldest living child the entirety of my estate. And if both my wife and all my children are deceased, I grant my oldest living brother the entirety of my estate.

Last Will and Testament p. 4

Initialed _A.S._

## Signature

I, Adam Soltani, the testator, sign my name to this instrument, this ___ day of July, 2012, in _Oklahoma City_, OK. I declare that I sign and execute this instrument as my last will, that I sign it willingly, and that I execute it as my free and voluntary act. I declare that I am of the age of majority or otherwise legally empowered to make a will, and under no constraint or undue influence.

Signature: _[signed]_

## Witnesses

We, the witnesses, sign our names to this instrument, and declare that the testator indicated to us that he willingly signed and executed this instrument as the testator's last will. In the presence of the testator, and in the presence of each other, we sign this will as witnesses to the testator's signing.

To the best of our knowledge, the testator is of the age of majority or otherwise legally empowered to make a will, is mentally competent and under no constraint or undue influence.

We declare under penalty of perjury that the foregoing is true and correct, this ___ day of July, 2012, at _Oklahoma City_, OK.

Witness #1: _[signed]_

Residing at: _____

Witness #2: _IMAD ENCHASSI_  _[signed]_

Residing at: _OKC, OK 73162_

On this 26th day of July 2012, appeared before me Mr. ___ & Mrs Enchassi and signed this document
my commission expires on 02/26/2013
_[signed]_

Last Will and Testament p. 5

Initialed _AcS_